# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: LARRY RAY STIFFARM                                          CASE NUMBER: 2541285

DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on __9/8/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

BRYAN PATRICK CARDWELL I,WM LAW,15095 W 116TH ST 66062,OLATHE KS 66062
INTERNAL REVENUE SERVICE,PO BOX 7346,PHILADELPHIA PA 19101-7346
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
KANSAS DEPARTMENT OF REVENUE,PO BOX 12005,TOPEKA KS 66612-2005
LARRY RAY STIFFARM,108 PEBBLEBROOK LANE,GRAIN VALLEY MO 64029
LVNV FUNDING LLC,RESURGENT CAPITAL SERVICES,PO BOX 10587,GREENVILLE SC 29603-0587
MISSOURI DEPARTMENT OF REVENUE,PO BOX 475,JEFFERSON CITY MO 65105-0475
MISSOURI DEPT OF REVENUE,INSOLVENCY UNIT,PO BOX 475,JEFFERSON CITY MO 65105-0475
MR COOPER,NATIONSTAR MORTGAGE LLC,8950 CYPRESS WATERS BLVD,COPPELL TX 75019
TITLE MAX,1921 W JESSE JAMES RD,EXCELSIOR SPRINGS MO 64024
TITLEMAX OF MISSOURI INC,15 BULL STREET SUITE 200,SAVANNAH GA 31401
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001
WELLS FARGO DEALER SERVICES,PO BOX 71092,CHARLOTTE NC 28272

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ___9/8/2025___                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **LARRY RAY STIFFARM** | ) |
| | ) |
| | ) |
| DEBTOR(S) ) | CASE # 25-41285-btf-13 |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER
11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On August 14, 2025, Larry Ray Stiffarm ("debtor") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor received a discharge in prior bankruptcy case 23-40484-btf-7, which was filed in the Western District of Missouri on April 12, 2023 with a discharge date of July 18, 2023.

3. Debtor received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtor is not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtor's discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is September 30, 2025; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that the debtor is ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,
/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

## NOTICE OF MOTION

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f). For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee